IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| FB ACQUISITION, LLC, | ) |
| Plaintiff, | ) No. 1:17-cv-01076-JDB-egb |
| v. | ) |
| TENNESSEE BUSINESS and INDUSTRIAL DEVELOPMENT CORPORATION, | ) |
| Defendant. | ) |

ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER AND EXTEND ALTERNATIVE DISPUTE RESOLUTION DEADLINE

This matter is before the Court on the parties' Joint Motion to Modify Scheduling Order and Extend Alternative Dispute Resolution Deadline. (Docket Entry 31.) For good cause shown, the Court hereby GRANTS the Motion. The deadline for ADR/mediation is extended to January 19, 2018.

IT IS SO ORDERED this 21st day of November 2017.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE